**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                         4:03CR00203-002 SWW

JOSE MIGUEL ANGEL CRUZ-TOSCANO

### ORDER

It appears from communication from the office of the United States Attorney that the motion to revoke supervised release filed as to this defendant should be dismissed pursuant to the motion to dismiss warrant filed by the government on January 9, 2006.

IT IS SO ORDERED this 14th day of September, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE